1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN S. DIEMER #133977
2  75 East Santa Clara Street
   Suite 290
3  San Jose, California 95113

4  KEATON & ASSOCIATES, P.C.
   JASON R. KLINOWSKI, ESQ. (IL# 6283266)
5  1278 W. Northwest Highway
   Suite 903
6  Palatine, Illinois 60074

7  ATTORNEYS FOR GREENFIELD FRESH, INC.

FILED

AUG 10 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFIELD FRESH, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) Case No. 1:09-CV-01126 |
| SAVE MART SUPERMARKETS, INC. and MICHAEL J. SILVEIRA, ROBERT M. PICCININI, JAY MARGULIES, STEPHEN ACKERMAN and STEVE A. JUNQUEIRO, each individually, | ) |
| Defendants. | ) |

### RULE 41 VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL NAMED DEFENDANTS

Greenfield Fresh, Inc. ("Plaintiff"), by and through their undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this cause as it relates to all named defendants and advises the Court that the parties have resolved and otherwise settled this action with each party bearing their own attorneys' fees and costs. The Court may immediately dismiss the action as to all named defendants with prejudice.

DATED this 7th day of August, 2009.

Respectfully submitted,

GREENFIELD FRESH, INC.

By: /s/ Kathryn S. Diemer, Esq.
     One of Its Attorneys

| | |
|---|---|
| 1 | Kathryn S. Diemer, Esq. |
| | DIEMER, WHITMAN & CARDOSI, LLP |
| 2 | 75 East Santa Clara Street, Suite 290 |
| | San Jose, California 95113 |
| 3 | Tel: 408/971-6270 |
| 4 | Of-Counsel: |
| 5 | Jason R. Klinowski, Esq. |
| | Illinois Bar. No.: 6283266 |
| 6 | (*pro hac vice forthcoming*) |
| | KEATON & ASSOCIATES, P.C. |
| 7 | 1278 W. Northwest Highway, Suite 903 |
| | Palatine, Illinois 60067 |
| 8 | Tel: 847/934-6500 |

It is so Ordered. Dated: 8-10-09

_____
United States District Judge